JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARON MOORE,<br><br>        Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>        Respondent. | NO. CV 07-04060 AG (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 26, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE